Mark A. Robertson
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York  10103
Telephone:  212-318-3000
Telecopier:  212-318-3400

Attorneys for Defendants Stewart Title Insurance Company,
Monroe Title Insurance Corporation and
Stewart Information Services Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
SEAN L. SUAREZ, on behalf himself            :     08 CV 1955
and all others similarly situated,           :
                                             :     **NOTICE OF APPEARANCE**
            Plaintiffs,                      :
                                             :
    - against -                              :
                                             :
FIDELITY NATIONAL TITLE INSURANCE,           :
COMPANY, et al.,                             :
                                             :
            Defendants.                      :
-----------------------------------------------------------------x

Mark A. Robertson appears as counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation.  The clerk of courts is requested to note this appearance on the court's docket and to forward all entries, orders, notices, and other court documents in this proceeding to the undersigned.

80161989.1

Dated: March 14, 2008
New York, New York

        Respectfully submitted by:

        FULBRIGHT & JAWORSKI L.L.P.

        By: _____
        Mark A. Robertson
        Fulbright & Jaworski L.L.P.
        666 Fifth Avenue
        New York, New York 10103
        Telephone: 212-318-3000
        Facsimile: 212-318-3400
        E-mail: mrobertson@fulbright.com
        *Counsel for Stewart Title Insurance Company,*
        *Monroe Title Insurance Corporation and*
        *Stewart Information Services Corporation*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice of Appearance was served on March 14th, 2008, by United States Mail, return receipt requested on the following:

Robert A. Skirnick, Esq.
Maria A. Skirnick, Esq.
Meredith Cohen Greenfogel
& Skirnick, P.C.
One Liberty Plaza, 35th Floor
New York, New York 10006

Jamie I. Serota, Esq.
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, New York 10166-0193

Joel C. Meredith, Esq.
Steven J. Greenfogel, Esq.
Daniel B. Allanoff, Esq.
Meredith Cohen Greenfogel
& Skirnick, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

Steve W. Berman, Esq.
Anthony D. Shapiro, Esq.
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Joseph DePalma, Esq.
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003

John Herfort, Esq.
James L. Hallowell, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

- 3 -

| | |
|---|---|
| Phillip E. Stano, Esq.<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2415 | Kevin J. Arquit, Esq.<br>Barry R. Ostrager, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954 |

_____
Mark A. Robertson