Mark A. Robertson
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York  10103
Telephone:  212-318-3000
Telecopier:  212-318-3400

Attorneys for Defendants Stewart Title Insurance Company,
Monroe Title Insurance Corporation and
Stewart Information Services Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
SEAN L. SUAREZ, on behalf himself       :      08 CV 1955
and all others similarly situated,              :
                                                :      **NOTICE OF APPEARANCE**
                Plaintiffs,                     :
                                                :
        - against -                             :
                                                :
FIDELITY NATIONAL TITLE INSURANCE,      :
COMPANY, et al.,                                :
                                                :
                Defendants.                     :
------------------------------------------------------------------x

    Mark A. Robertson appears as counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation.  The clerk of courts is requested to note this appearance on the court's docket and to forward all entries, orders, notices, and other court documents in this proceeding to the undersigned.

80161989.1

Dated: March 14, 2008
New York, New York

    Respectfully submitted by:

    FULBRIGHT & JAWORSKI L.L.P.

    By: _____
    Mark A. Robertson
    Fulbright & Jaworski L.L.P.
    666 Fifth Avenue
    New York, New York 10103
    Telephone: 212-318-3000
    Facsimile: 212-318-3400
    E-mail: mrobertson@fulbright.com
    *Counsel for Stewart Title Insurance Company,*
    *Monroe Title Insurance Corporation and*
    *Stewart Information Services Corporation*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of this Notice of Appearance was served on March 14th, 2008, by United States Mail, return receipt requested on the following:

| | |
|---|---|
| Robert A. Skirnick, Esq.<br>Maria A. Skirnick, Esq.<br>Meredith Cohen Greenfogel<br>& Skirnick, P.C.<br>One Liberty Plaza, 35th Floor<br>New York, New York 10006 | Jamie I. Serota, Esq.<br>Greenberg Traurig, LLP<br>Met Life Building<br>200 Park Avenue<br>New York, New York 10166-0193 |
| Joel C. Meredith, Esq.<br>Steven J. Greenfogel, Esq.<br>Daniel B. Allanoff, Esq.<br>Meredith Cohen Greenfogel<br>& Skirnick, P.C.<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA 19102 | Steve W. Berman, Esq.<br>Anthony D. Shapiro, Esq.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 |
| Joseph DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003 | John Herfort, Esq.<br>James L. Hallowell, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166-0193 |

Phillip E. Stano, Esq.  
Sutherland Asbill & Brennan LLP  
1275 Pennsylvania Avenue, NW  
Washington, D.C. 20004-2415  

Kevin J. Arquit, Esq.  
Barry R. Ostrager, Esq.  
Simpson Thacher & Bartlett LLP  
425 Lexington Avenue  
New York, New York 10017-3954  

_____  
Mark A. Robertson