UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
SEAN L. SUAREZ,

        Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

        Defendants.
------------------------------------------------ x

Case No. 08 Civ. 1955 (KMK)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that John A. Herfort, a partner with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    John A. Herfort, Esq. (jherfort@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    (212) 351-3832 (Telephone)
    (212) 351-5258 (Facsimile)

Dated: New York, New York
       March 21, 2008

                                GIBSON, DUNN & CRUTCHER LLP

                                By: <u>s/ John A. Herfort</u>

                                John A. Herfort
                                200 Park Avenue, 47th Floor
                                New York, New York 10166-0193
                                Telephone: (212) 351-4000
                                Facsimile: (212) 351-4035
                                jherfort@gibsondunn.com

                                Attorney for Defendant
                                Title Insurance Rate Service Association, Inc.