UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
SEAN L. SUAREZ,

        Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

        Defendants.
------------------------------------x

Case No. 08 Civ. 1955 (KMK)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") hereby certifies that it is a New York not-for-profit corporation. Defendant has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: New York, New York

March 21, 2008

        GIBSON, DUNN & CRUTCHER LLP

        By:   s/ James L. Hallowell
               John A. Herfort
               James L. Hallowell

        200 Park Avenue
        New York, New York 10166-0193
        Phone: (212) 351-4000
        Fax: (212) 351-4035
        jherfort@gibsondunn.com
        jhallowell@gibsondunn.com

        Attorneys for Defendant
        Title Insurance Rate Service Association, Inc.