UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SEAN L. SUAREZ, on behalf of
himself and all others similarly situated,

           "ECF CASE"

           08-CIV. 1955 (KMK)

    Plaintiffs,

           **NOTICE OF**
vs.           **APPEARANCE**

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.

    Defendants.
-----------------------------------------------------------------x

  **PLEASE TAKE NOTICE** that David P. Langlois, a member of the law firm of Sutherland Asbill & Brennan LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and LandAmerica Financial Group, Inc. in this action and requests that all subsequent papers be served upon him at the address indicated below.

  Please add the following to the service list for this proceeding:

    David P. Langlois, Esq. (david.langlois@sablaw.com)
    SUTHERLAND ASBILL & BRENNAN LLP
    1114 Avenue of the Americas
    New York, New York 10036
    (212) 389-5000 (Telephone)
    (212) 389-5090 (Facsimile)

Dated: New York, New York
   March 24, 2008

SUTHERLAND ASBILL & BRENNAN LLP

By: /s/ David P. Langlois (DL 2319)

David P. Langlois
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas
New York, New York 10036
(Telephone) (212) 389-5000
(Facsimile) (212) 389-5090
david.langlois@sablaw.com

*Attorneys for Defendants Commonwealth
Land Title Insurance Company, Lawyers
Title Insurance Corporation and
LandAmerica Financial Group, Inc.*