UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
Sean L. Suarez,

                Plaintiff,

    v.                                            Case No.  08 Civ. 1955

Fidelity National Title Insurance Co., *et al.*,

                Defendants.
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE** that Kevin J. Arquit, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and requests that all subsequent papers be served upon him at the address indicated below.

      Please add the following to the service list for this proceeding:

           Kevin J. Arquit, Esq. (karquit@stblaw.com)
           SIMPSON THACHER & BARTLETT LLP
           425 Lexington Avenue
           New York, New York 10017-3954
           (212) 455-2000 (Telephone)
           (212) 455-2502 (Facsimile)

Dated: New York, New York
March 24, 2008

                        SIMPSON THACHER & BARTLETT LLP

                        By: /s/ Kevin J. Arquit

                        Kevin J. Arquit
                        425 Lexington Avenue
                        New York, New York 10017-3954
                        Telephone: (212) 455-2000
                        Facsimile: (212) 455-2502
                        karquit@stblaw.com

                        *Attorney for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*