UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SEAN L. SUAREZ, et al,

            Plaintiffs,

   - against -

FIDELITY NATIONAL TITLE INSURANCE CO., et al,

           Defendants.

-------------------------------------------------------------- X

Index No.: 08 CV 1955

**RULE 7.1 STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant The First American Corporation states that it is a publicly traded corporation (FAF:NYSE), that it has no publicly-traded parent, and that no publicly held corporation owns 10% or more of its stock.

     Defendant First American Title Insurance Company of New York states that it is first tier subsidiary of First American Title Insurance Company, which is a first tier subsidiary of The First American Corporation.

     Defendant United General Title Insurance Company states that it is a first tier subsidiary of First American Title Insurance Company, which is a first tier subsidiary of The First American Corporation.

Dated: New York, New York
March 24, 2008

                        Respectfully submitted,

                        GREENBERG TRAURIG, LLP

                        By: /s/ James I. Serota _____
                        James I. Serota (JS-6802)
                        Kenneth Lapatine (KL-3985)
                        Stephen L. Saxl (SS-1028)
                        GREENBERG TRAURIG, LLP
                        200 Park Avenue
                        New York, New York 10166
                        Telephone: (212) 801-9200
                        Facsimile: (212) 801-6400
                        serotaj@gtlaw.com
                        lapatinek@gtlaw.com
                        saxls@gtlaw.com

                        *Attorneys for Defendants The First American*
                        *Corporation, First American Title Insurance*
                        *Company of New York, and*
                        *United General Title Insurance Company*