*KML*

*Karas, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

-----------------------------------------------------------x

SEAN L. SUAREZ,

        Plaintiff,

vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

        Defendants.

-----------------------------------------------------------x

Case No. 08 Civ. 1955 (KMK)
& all related cases
08 CV 1317
08 CV 1597
08 CV 1494
08 CV 1547
08 CV 1830
08 CV 1729
08 CV 1955

**STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT AND
STAYING ALL PROCEEDINGS PENDING DETERMINATION BY THE JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION OF MOTION FOR COORDINATED OR
<u>CONSOLIDATED PRETRIAL PROCEEDINGS</u>**

        IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, in the above-captioned action, through their undersigned counsel, as follows:

        1)      The undersigned attorneys for Defendants shall accept service of the Complaint in the above-captioned action on behalf of those Defendants listed below each attorney's respective signature block.

        2)      All proceedings in the above-captioned action shall be stayed until the Judicial Panel on Multidistrict Litigation determines the pending Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed in *In re Title Insurance RESPA and Antitrust Litigation* (the "MDL Motion"). The continued stay of all proceedings is conditioned upon (1) the inclusion of a similar stay of proceedings in any stipulations filed after the date of this stipulation in any action that is the subject of the MDL Motion, or (2) a request for the Court in any such action to enter a stay of all proceedings.

3) Defendants shall not be obligated to answer, move against, or otherwise respond to the Complaint in the above-captioned action until 45 days after the later of: (1) this Court determines whether the above-captioned action shall be consolidated with all other actions involving common questions of law or fact, (2) the filing of a consolidated complaint, or (3) the Judicial Panel on Multidistrict Litigation determines the pending MDL Motion (the "Response Date").

4) Plaintiff shall not be obligated to oppose any motion to dismiss by any Defendant until 60 days after the Response Date.

5) Defendants shall have 30 days to reply to Plaintiff's opposition to any motion to dismiss.

6) Nothing in this stipulation shall be construed as a waiver of any party's right to seek or oppose transfer, coordination and/or consolidation of this action with any other action.

7) This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

Dated: New York, New York
        March 24, 2008

SIMPSON THACHER & BARTLETT LLP

By: /s/ Barry Ostrager
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

2

*Attorneys for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*

MEREDITH COHEN GREENFOGEL
& SKIRNICK, P.C.

By: /s/ Robert A. Skirnick
Robert A. Skirnick
Maria A. Skirnick
One Liberty Plaza, 35th Floor
New York, New York 10006

*Attorneys for Plaintiff Sean L. Suarez*


FULBRIGHT & JAWORSKI L.L.P.


By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Telecopier: 212-318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation, and Stewart Information Service Corporation*

3

*Attorneys for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*

MEREDITH COHEN GREENFOGEL
& SKIRNICK, P.C.


By: _____
Robert A. Skirnick
Maria A. Skirnick
One Liberty Plaza, 35th Floor
New York, New York 10006

*Attorneys for Plaintiff Sean L. Suarez*


FULBRIGHT & JAWORSKI L.L.P.

By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Telecopier: 212-318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation, and Stewart Information Service Corporation*

3

GIBSON, DUNN & CRUTCHER LLP

By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service Association, Inc.*


GREENBERG TAURIG, LLP


By: _____
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*

4

GIBSON, DUNN & CRUTCHER LLP

By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service Association, Inc.*


GREENBERG TRAURIG, LLP

By: *[signature: James Ian Serota]*
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*

4

SUTHERLAND ASBILL & BRENNAN LLP

By: _____
David P. Langlois
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
charles.locke@sablaw.com

*Attorneys for Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and LandAmerica Financial Group, Inc.*

SO ORDERED:

_____
U.S.D.J.

DATED 3/25/08

5